IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02222-RPM-PAC

CHRIS BONNIN,

      Plaintiff(s),

v.

CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC.,
a Delaware limited liability company,
d/b/a CREDITORS INTERCHANGE,

      Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that the Stipulated Motion to Set Settlement Conference [filed February 28, 2006; Doc. No. 9] is **GRANTED** as follows:

      A Settlement Conference is set for **March 31, 2006 at 3:00 p.m.** Mountain Standard Time, 5th Floor, Arraj Courthouse.  Confidential Settlement Statements are due on or before **March 27, 2006.  *Counsel and parties with full authority to settle must be present.***

      In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  February 28, 2006