IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER

APR 6 2006

GREG...

Civil Action No. 05-cv-02222-RPM-PAC

CHRIS BONNIN,

    Plaintiff,

v.

CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC,
a Delaware limited liability company,
d/b/a CREDITORS INTERCHANGE,

    Defendant.

### ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Stipulated Motion to Dismiss with Prejudice and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, each party to pay his or its own attorney fees and costs.

BY THE COURT:

April 6, 2006
DATE

U.S. DISTRICT JUDGE